**Willie BAKER, Jr., Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 37770.**

Missouri Court of Appeals,
Western District.

Aug. 12, 1986.

Motion for Rehearing and/or Transfer
to Supreme Court Denied
Sept. 25, 1986.

Joseph H. Locascio, Sp. Public Defender, Kansas City, for appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before LOWENSTEIN, P.J., and MANFORD and GAITAN, JJ.

### ORDER

PER CURIAM.

Appeal from denial of Rule 27.26 motion for post-conviction relief.

Affirmed. Rule 84.16(b).